AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

Christine P. McCrohan
102 Bayview Avenue
Berkley, MA 02779

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 2003 M 0470 RBC

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about September 30, 2003 in Bristol county, in the District of Massachusetts defendant(s) did, (Track Statutory Language of Offense) knowingly and intentionally steal a First-Class Letter addressed to Jessica Regnante-Bullen, which contained a Citizens debit/credit card, while employed as a Rural Carrier of the United States Postal Service.

in violation of Title 18 United States Code, Section(s) 1709

I further state that I am a(n) United States Postal Inspector and that this complaint is based on the following
                                    Official Title
facts:

See Attached Affidavit of Joseph Sipolski

Continued on the attached sheet and made a part hereof:   ☐ Yes   | No

_Joseph Sipolski_
Signature of Complainant

Sworn to before me and subscribed in my presence,

NOV 21 2003  at 2:04 pm at Boston, MA
Date                                                City and State

Robert B. Collings, U.S. Magistrate Judge

Name & Title of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

HON. ROBERT B. COLLINGS   Signature of Judicial Officer
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210

## AFFIDAVIT OF JOSEPH SIPOLSKI

1.  I am a Postal Inspector with the United States Postal Inspection Service, Boston Division and assigned to the Boston Division's satellite office in Providence, Rhode Island. I have been employed as a Postal Inspector for approximately 14 years. From August 1999 to October 1, 2003, I was assigned to the Internal Investigations Unit of the United States Postal Inspection Service. The Internal Investigations Unit conducts investigations relating to suspected misconduct of contract or salary employees of the Postal Service including, but not limited to, the theft or wilful destruction of mail matter, and any delays in the delivery of mail matter. I am currently assigned to the External Crimes Unit of the United States Postal Inspection Service. The External Crimes Unit conducts investigations of postal crimes involving the public including, but not limited to, the theft of mail matter, vandalism of post offices or mail receptacles, identity theft, and burglaries or robberies of post offices.

2.  During my 14 years as a Postal Inspector, I have participated in more than 100 investigations relating to the theft, or receipt of stolen, mail matter. As a result of my participation in those investigations and the training that I have received, I am familiar with the manner and means employed by persons engaged in the theft of the mail and how to conduct investigations to catch such individuals.

3.  I am submitting this affidavit in support of an application for a Criminal Complaint charging Christine P. McCrohan, a rural mail carrier, with stealing from the United States Mail, a First-Class letter addressed to Jessica Regnante-Bullen, which contained a Citizens Bank Debit Card/Mastercard, in violation of Title 18, United States Code, Section 1709.

4.  The information contained in this affidavit is based on my training and experience

1

and on information related to me by other Postal Inspectors, Postmasters, Postal Supervisors, and other law enforcement officers. This affidavit does not contain each and every detail of this investigation. Rather, this affidavit contains information that I believe is sufficient to establish probable cause to believe that the individual identified in paragraph three committed the offenses set forth in paragraph three. All of the information contained in this affidavit is true to the best of my knowledge and belief.

5. Ms. McCrohan is a full-time rural carrier employed by the United States Postal Service. She is the regular carrier for Rural Route 5 of the Taunton, Massachusetts Post Office. Rural Route 5 consists of a geographic section of East Taunton, Massachusetts.

6. Rural carriers use their personally owned vehicles to deliver United States mail to postal customers along the route to which they are assigned. The United States Postal Service reimburses rural carriers for the use of their personally owned vehicles to deliver the mail. Additionally, rural carriers receive a salary based upon an annual evaluation of their route.

7. Between December 2002 and June 2003, three postal customers residing on Rural Route 5 in East Taunton reported that someone had intercepted their ATM debit cards and Personal Identification Numbers ("PINs") and had performed fraudulent cash withdrawals.

8. Most recently, on July 3, 2003, Ms. Carla Silva, a postal customer in East Taunton, telephoned my office to report the theft and fraudulent use of three ATM debit cards mailed to her at 71 Stevens Street, East Taunton, Massachusetts. Mail addressed to customers on Stevens Street is given to and sorted by the carrier delivering mail to Rural Route 5. Ms. Silva contacted Fleet Bank and was advised that the three cards were used to withdraw cash from four different ATMs in the Taunton, Massachusetts area. On July 8, 2003, I obtained photographs

from one of these transactions, which occurred at Gas 44, a gas station/convenience store located in Raynham, Massachusetts. On July 25, 2003, I showed the photographs to Postmaster Donald Lamonde at the Taunton, Massachusetts Post Office. Mr. Lamonde told me that the person in the photographs closely resembled Christine McCrohan, the regular carrier on Rural Route 5.

9. On September 24, 2003, using materials provided by Citizens Bank, I assembled and prepared a First-Class "test" letter, which in all respects resembled correspondence from Citizens Bank. The test letter was addressed to Jessica Regnante-Bullen, 96 Old Colony Ave., Unit 227, East Taunton, Massachusetts 02718, with a return address of Citizens Bank, 20 Cabot Road, Medford, Massachusetts 02155. The envelope contained a Citizens Bank Debit Card/Mastercard, a debit card insert (a letter from Citizens Bank to Ms. Regnante-Bullen explaining how to use, and the benefits of, the enclosed debit card), and a LB-1 transmitter, which allows postal inspectors to monitor the condition of the letter. A LB-1 transmitter is an electronic device, approximately the size of a credit card, which emits a signal that can be monitored on a radio frequency assigned to the Postal Inspection Service. I placed the LB-1 transmitter adjacent to the debit card and secured it to the Citizen Bank's debit card insert/letter. The debit card was also secured to the debit card insert/letter.

10. When the LB-1 transmitter is operating in a normal mode, it emits a tone every four to six seconds. When the LB-1 transmitter is in the alarm mode, it emits a rapid continuous tone. The test letter containing the LB-1 transmitter was assembled so that when the debit card insert was removed from the envelope, the LB-1 transmitter would change from the normal mode to the alarm mode.

11. Citizens Bank also provided me with a First-Class letter containing a PIN associated

3

with their debit card. This second "test" letter was addressed to Jessica Regnante-Bullen, 96 Old Colony Avenue, Unit 227, East Taunton, Massachusetts 02718, with a return address of P. O. Box 9787, Boston, Massachusetts 02205.

12. At approximately 7:30 a.m. on September 25, 2003, I caused the two test letters to be placed with other mail to be handled by Christine McCrohan. She reported for work at approximately 7:45 a.m. and began sorting her mail. Ms. McCrohan remained at the post office until approximately 9:27 a.m., when she loaded her personally owned vehicle with the mail she was required to deliver and drove to her route in East Taunton, Massachusetts.

13. Using undercover unmarked vehicles, Postal Inspectors monitored Ms. McCrohan's activities throughout the day as she delivered mail on Rural Route 5. At approximately 12:20 p.m., Ms. McCrohan finished delivering her mail and drove to and entered the East Taunton Post Office. At approximately 12:30 p.m., Ms. McCrohan left the East Taunton Post Office and began driving back to the Taunton Main Post Office. While driving on Route 24 in Raynham, Massachusetts, the LB-1 transmitter went into the "alarm mode" indicating that Ms. McCrohan had opened the test letter containing the debit card.

14. I stopped Ms. McCrohan on the side of Interstate 495 by turning on the sirens in my undercover vehicle while following Ms. McCrohan and motioning her to pullover on the side of the road. After we both parked our vehicles on Interstate 495, I exited my vehicle and walked along the driver's side of Ms. McCrohan's vehicle. I identified myself as a Postal Inspector and showed her my credentials. After instructing Ms. McCrohan to shut off the engine of her minivan, I informed her that I needed to speak with her about what she had just done with a letter inside her car. Ms. McCrohan said she didn't know what I was talking about and claimed she was only heading back to

4

the Post Office. I asked her what she had just done with a letter inside her van and Ms. McCrohan denied any knowledge of doing anything with a letter. Ms. McCrohan then asked me, "Should I have a union steward?" I advised Ms. McCrohan that I was not interviewing her now and was only interested in retrieving the letter she had just opened. I also told her it was her decision as to whether she needed a union steward. Ms. McCrohan denied any knowledge of opening a letter. At my request, Ms. McCrohan stepped out of her vehicle.

15. At that point, Postal Inspectors J. Hilton, A. Correia, S. Souza and C. Starks arrived on the scene, and I informed them that Ms. McCrohan had denied opening any mail. For safety reasons, we all moved to the passenger side of Ms. McCrohan's vehicle. Inspector Hilton and I told Ms. McCrohan that shortly before I stopped her vehicle, we knew she had opened a First-Class Letter that did not belong to her and we needed to recover it. Ms. McCrohan again denied any knowledge of opening a letter. After repeated requests for the test letter, Ms. McCrohan asked, "Do I need an attorney?" I informed her that she wasn't under arrest at that time; however, just to be sure she understood her rights, I verbally advised Ms. McCrohan of her Miranda Rights. Ms. McCrohan indicated that she understood her rights and again denied any knowledge of opening a letter addressed to a postal customer on her route.

16. Shortly thereafter, Inspector Hilton advised Ms. McCrohan that the situation could be handled in one of two ways. She could turn over the letter or she could wait a couple of hours while we obtained a search warrant for her car. Ms. McCrohan thought for a moment and then stated, "I want a union steward." Inspector Hilton told her that we were not asking her questions at that point in time and we would address her request when we got off the highway and returned to the Taunton Main Post Office.

5

17. Inspector Hilton then asked Ms. McCrohan to produce all of the mail and postal trays in her vehicle, which was property of the United States Government. Ms. McCrohan gathered up a small tray with some loose mail in it and approximately six empty cardboard trays. I took possession of the trays and brought them to my vehicle for safe keeping. While I was near my vehicle, Inspector Correia walked up to Ms. McCrohan's vehicle with a hand-held radio that was tuned to the frequency of the LB-1 transmitter. Inspector Correia told Ms. McCrohan, "Look, this thing tells me that the letter is absolutely inside your vehicle, so why don't you do the right thing and just give it to us." Ms. McCrohan paused for a second and then stated, "Alright, here it is." She then reached beneath a plastic bag that was located inside a netting storage compartment between the front seats, pulled out the test letter, and placed it on the passenger seat. Inspector Correia removed the letter from the passenger seat. The test letter was torn open across the top flap of the envelope. Attached as Exhibit 1 hereto is a true and accurate copy of the torn open envelope of the test letter.

18. I took possession of the opened test letter. While securing the test letter and its contents in my vehicle, I noticed that the debit card was missing from the envelope and informed Ms. McCrohan of this fact. Ms. McCrohan responded that the debit card must have fallen out. She then reached back into the netting storage compartment and produced the debit card. I asked Ms. McCrohan if she also had the second letter containing the PIN associated with that debit card. She indicated that she was unaware of the location of the other letter.

19. I told Ms. McCrohan that I was concerned about her state of mind and did not feel it was safe for her to drive back alone to the Taunton Main Post Office. I asked her if she would object if Inspector Starks drove her vehicle back to the Post Office while she rode in the passenger

6

seat. Ms. McCrohan agreed to that arrangement and Inspector Starks drove her to the Post Office. Ms. McCrohan was then escorted to the Postmaster's office where Inspector Correia and I interviewed her. At the outset, I asked Ms. McCrohan if she still wanted a union steward before we began the interview. Ms. McCrohan responded that she no longer wanted a steward because he was a "blabber mouth". I then provided her with a Postal Service Form 1067, Warning and Waiver of Rights, which she read and signed, indicating her willingness to speak with us.

20.    I began the interview by asking Ms. McCrohan if she knew where the letter containing the PIN associated with the first test letter's debit card was currently located. She said that she did not know and suggested that it could have been delivered or was mixed in with the loose mail from her route. I advised Ms. McCrohan that we had looked through her loose mail and did not find the letter containing the PIN. Ms. McCrohan again stated that she did not know the whereabouts of that letter. I then asked her when she first noticed the letter containing the debit card. Ms. McCrohan said she was not sure when she first saw the letter but thought she found it in with her Delivery Point Sequenced ("DPS") mail or in other words, machine sorted mail. (The DPS or machine sorted mail is pre-sorted in sequential order and placed in postal trays for delivery by uniformed and rural carriers. Unsorted or "raw mail" is also placed in designated areas for sorting and delivery by uniformed and rural carriers.) I informed her that one of her supervisors was instructed to place the test letter among the "raw mail" or other mail she would manually handle and sort in the post office that morning. Ms. McCrohan responded that the letter could have been in with the "raw mail" and she may have mis-sorted it. When asked where she would have mis-sorted the letter, Ms. McCrohan said that she may have sorted it in with the mail for Unit 229 of 96 Old Colony Avenue. (The test letter was addressed to 96 Old Colony Avenue, Unit 227, East Taunton.)

7

her purse and removed some letters from the netting storage compartment between the two front bucket seats of her vehicle. Inspector Starks asked Ms. McCrohan if that mail, referring to the letters she had retrieved from her purse and the storage compartment of her vehicle, was hers and Ms. McCrohan responded it was. She then reached into a pile of plastic shopping bags inside her vehicle and produced the second test letter containing the PIN and gave it to Inspector Starks. When we opened the rear hatch of her minivan, we found two full plastic tub containers of undelivered newspapers/circulars and a half tub of undelivered Folgers coffee samples. Ms. McCrohan said that she had forgotten to deliver these mail items.

24.  Based upon the foregoing, there is probable cause to believe that on or about September 25, 2003, within the District of Massachusetts, Christine P. McCrohan, an employee of the United States Postal Service, did knowingly and intentionally steal a First-Class letter addressed to Jessica Regnante-Bullen, which contained a Citizens Debit Card/Mastercard, in violation of Title 18, United States Code, Section 1709.

**Signed under pains and penalties of perjury on this 21st day of November, 2003.**

_____
JOSEPH SIPOLSKI
Postal Inspector
United States Postal Inspection Service
Boston Division


**SWORN TO AND SUBSCRIBED BEFORE ME THIS DATE.**

_____
ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE

Ms. McCrohan also told us that she probably placed the test letter with other mail for Units 227 or 229, but she did not deliver it and instead brought it back to her vehicle.

21. Ms. McCrohan told us she kept the test letter with her while delivering the remainder of the mail for her route and then opened the test letter on her way back to the Taunton Main Post Office. She stated that she opened the letter while driving on Route 24, just before the exit for Interstate 495 North. Ms. McCrohan said she then placed the rifled letter inside the netting next to the driver's seat.

22. I informed Ms. McCrohan that we had previously received complaints of missing debit cards from customers on her mail route and we were confident that this was not the first time she had done this. Ms. McCrohan did not respond to this comment. I then showed her some of the photographs I had obtained from Gas 44 in Raynham, Massachusetts relating to the fraudulent use of Ms. Silva's ATM card. I advised Ms. McCrohan that the photographs were taken of a person performing a fraudulent transaction with a stolen debit card from her mail route. After examining the photographs, Ms. McCrohan stated, "I need a lawyer at this point". As a result, we did not ask Ms. McCrohan any further questions and the interview was terminated.

23. I understand that Postmaster Donald Lamonde, Ms. McCrohan's supervisor, then met with her concerning her employment status. I understand from Postmaster Lamonde that Ms. McCrohan was suspended as a result of her theft of the test letter. Prior to Ms. McCrohan leaving the Post Office's premises, I asked her if she would allow us to check her vehicle one last time to be sure we had recovered all of the "live" mail, which belonged to the United States Government. Ms. McCrohan agreed to this inspection and accompanied Mr. Lamonde, Inspector Starks and myself to her vehicle. While we were inspecting the vehicle for additional mail, Ms. McCrohan picked up

8



JS 45 (5/97) - (Revised USAO MA 3/25/02)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:**  Category No. **II**   Investigating Agency **US POSTAL SERVICE**

City **Taunton**   Related Case Information:

County **Bristol**   Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **Christine P. McCrohan**   Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address **102 Bayview Avenue, Berkley, MA 02779**

Birth date: **xx/xx/67**   SS#: **xxx-xx-7559**   Sex: **F**   Race: _____   Nationality: _____

Defense Counsel if known: _____   Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA **B. Stephanie Siegmann**   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested   ☒ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:  ☒ Complaint  ☐ Information  ☐ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony **1**

Continue on Page 2 for Entry of U.S.C. Citations

☒ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **11/21/03**   Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant   Christine P. McCrohan

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1709 | Theft of Mail Matter by Officer or Employee | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: _____

mccrohan js45.wpd - 3/13/02