≋AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

FOR THE _____ DISTRICT OF _____ MASSACHUSETTS _____

| UNITED STATES OF AMERICA<br>V.<br><br>Christine P. McCrohan<br>102 Bayview Avenue<br>Berkley, MA 02779<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:   03mj0470 RBC |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>UNITED STATES DISTRICT COURT, John Joseph Moakley US Courthouse<br>1 Courthouse Way (corner of Atlantic Ave.), Boston, MA 02210<br><br>Before:    The Honorable Robert B. Collings | Room<br>COURTROOM 14, 5TH FLOOR |
|---|---|
| | Date and Time<br>December 4, 2003 at 2:15 PM |

To answer a(n)

**Indictment**     Information     Complaint     ☐ Violation Notice     ☐ Probation Violation Petition

Charging you with a violation of Title   18   United States Code, Section(s)   1709

Brief description of offense:
18 USC 1709 Theft of Mail by Officer or Employee


**You must report to Pretrial Services by 10:00 a.m. on December 4th, 2003.  They are located on the first floor of this courthouse.**


/s/ Gina Affsa

_____     November 21, 2003
Signature of Issuing Officer                                      Date

Gina Affsa, Deputy Clerk
_____
Name and Title of Issuing Officer