IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO.: 03CR10379 JLT |
| ) | |
| v. ) | VIOLATIONS: |
| ) | |
| CHRISTINE P. MCCROHAN, ) | |
| ) | 18 U.S.C. § 1709 - Theft of Mail Matter by |
| ) | Postal Employee |
| Defendant. ) | |
| ) | |

## INDICTMENT

<u>COUNT ONE</u>:   (Title 18, United States Code, Section 1709 - Theft of Mail Matter by Postal Employee)

The Grand Jury charges:

On or about September 25, 2003, in the District of Massachusetts, defendant

CHRISTINE P. MCCROHAN

a Postal Service employee, did unlawfully, willfully, and knowingly embezzle a First-Class Letter addressed to Jessica Regnante-Bullen, which contained a Citizens Bank debit card/Mastercard, that had come into her possession as a result of her employment and was intended to be conveyed by mail, carried and delivered by any carrier, messenger, agent, or other person employed in any department of the Postal Service, and forwarded through or delivered from any post office or station thereof established by the authority of the Postal Service.

All in violation of Title 18, United States Code, Section 1709.

A TRUE BILL

*Donald J Flanagan*
FOREPERSON OF THE GRAND JURY


*B. Stephanie Siegmann*
B. STEPHANIE SIEGMANN
ASSISTANT U.S. ATTORNEY

DISTRICT OF MASSACHUSETTS; December 16, 2003 (@) 2:30 PM

Returned into the District Court by the Grand Jurors and filed.

DEPUTY CLERK